# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE TEACHING COMPANY, LLC<br><br>　　　　Defendant. | C.A. No. 23-298-MN<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff") and Defendant The Teaching Company, LLC ("Defendant") hereby stipulate and agree:

1. All claims asserted by Plaintiff in the above-captioned action are hereby dismissed with prejudice.

2. All counterclaims asserted by Defendant in the above-captioned action are hereby dismissed without prejudice.

3. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action.

Dated: April 24, 2023

| PHILLIPS MCLAUGHLIN & HALL, P.A. | FISH & RICHARDSON P.C. |
|---|---|
| /s/ *Megan C. Haney*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com | /s/ *Jeremy D. Anderson*<br>Jeremy D. Anderson (#4515)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 652-5070<br>janderson@fr.com |

mch@pmhdelaw.com

*Attorneys for Plaintiff*

*Attorneys for Defendant*

    IT IS SO ORDERED this ___ day of _____, 2023.

_____
The Honorable Maryellen Noreika
United States District Court Judge