IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE TEACHING COMPANY, LLC<br><br>    Defendant. | C.A. No. 23-298-MN<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff") and Defendant The Teaching Company, LLC ("Defendant") hereby stipulate and agree:

1. All claims asserted by Plaintiff in the above-captioned action are hereby dismissed with prejudice.

2. All counterclaims asserted by Defendant in the above-captioned action are hereby dismissed without prejudice.

3. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action.

Dated: April 24, 2023

| | |
|---|---|
| PHILLIPS MCLAUGHLIN & HALL, P.A. | FISH & RICHARDSON P.C. |
| /s/ *Megan C. Haney*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com | /s/ *Jeremy D. Anderson*<br>Jeremy D. Anderson (#4515)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 652-5070<br>janderson@fr.com |

mch@pmhdelaw.com

*Attorneys for Plaintiff*

*Attorneys for Defendant*

IT IS SO ORDERED this 24th day of April 2023.

_____
The Honorable Maryellen Noreika
United States District Judge